No. 01–8531.  EMUEGBUNAM *v.* UNITED STATES.  C. A. 6th Cir. Certiorari denied.

No. 01–8532.  DELESTON *v.* UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 01–8534.  CONGHAU HUU TO *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 01–8536.  VIOLA *v.* UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 01–8555.  LIVINGSTON *v.* UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 01–8573.  KEMP *v.* UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 01–8587.  GARRETT *v.* UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 01–8604.  DEAN *v.* UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 01–8607.  MARTINEZ *v.* UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 01–8608.  MADRIGAL-TRUJILLO *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 01–8630.  MIKELL *v.* UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 01–8632.  DELGADO-ACEVES, AKA HERNANDEZ-MARTINEZ *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 01–8633.  MORENO *v.* UNITED STATES ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 01–8634.  MORTIMER *v.* UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 01–8636.  BARRON *v.* UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 01–8637.  EDWARDS *v.* UNITED STATES.  C. A. 11th Cir. Certiorari denied.